**Order entered November 30, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00489-CR

**CORDARIUS TYRELL GOLSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1876768-V**

### ORDER

Before the Court is appellant's November 28, 2022 motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief received on November 28, 2022 **FILED** as of the date of this order.

/s/    ERIN A. NOWELL
         JUSTICE